

1994 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-12-1994

# Miller v. Cigna Corporation

Precedential or Non-Precedential:

Docket 93-1773

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1994

Recommended Citation

"Miller v. Cigna Corporation" (1994). *1994 Decisions.* Paper 108.
http://digitalcommons.law.villanova.edu/thirdcircuit_1994/108

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1994 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

NO. 93-1773

_____

WILLIAM J. MILLER,

Appellant

v.

CIGNA CORPORATION;
THE INSURANCE COMPANY OF NORTH AMERICA

_____

Present:   SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN,
           GREENBERG, HUTCHINSON, SCIRICA, COWEN, NYGAARD, ALITO,
           ROTH, LEWIS and McKEE, Circuit Judges.

O R D E R

A majority of the active judges having voted for rehearing in banc in the above appeal, it is

O R D E R E D  that the Clerk of this Court vacate the panel's opinion and judgment filed June 28, 1994, and list the above case for rehearing in banc at the convenience of the court.

By the Court,

/s/ Dolores K. Sloviter

Chief Judge

Dated: August 12, 1994